## WILLIAM KENT

### *v.*

### THE CHICAGO TITLE AND TRUST COMPANY *et al.*

*Opinion filed October 23, 1907—Rehearing denied Dec. 6, 1907.*

This case is controlled by the decision in *Gillett* v. *Chicago Title and Trust Co.* (*ante,* p. 373.)

APPEAL from the Appellate Court for the First District;—heard in that court on appeal from the Circuit Court of Cook county; the Hon. M. F. TULEY, Judge, presiding.

MURRY NELSON, and SAMUEL ADAMS, for appellant.

. SCOTT, BANCROFT & STEPHENS, HERRICK, ALLEN, BOYESEN & MARTIN, E. R. BLISS, and HORACE K. TENNEY, for appellees.

Per CURIAM: This is an appeal by one of the defendants to the suit in the circuit court of Cook county, the decree in which was reviewed in the case of *Gillett* v. *Chicago Title and Trust Co.* (*ante,* p. 373.) The opinion in that case disposes of all questions presented here.

The judgment of the Appellate Court is affirmed.

*Judgment affirmed.*